# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYONDRE RIDEAUX,<br><br>        Plaintiff,<br><br>    v.<br><br>MARK W. ASAMI, et al.,<br><br>        Defendants. | CASE NO. 1:11-cv-00438-OWW-SMS<br><br>ORDER DISMISSING CASE FOR<br>LACK OF FEDERAL JURISDICTION<br><br><br>(Docs. 1 and 2) |

    Plaintiff Dyondre Rideaux, *pro se*, alleges claims of defamation and legal malpractice against his defense attorney, Mark W. Asami, and Ciummo & Associates, the law firm with which Asami is affiliated. Plaintiff alleges no basis for federal jurisdiction of this claim, which properly should have been brought in California Superior Court. This Court lacks jurisdiction over Plaintiff's claims.

    Plaintiff has also moved to proceed *in forma pauperis* (Doc. 2). Because this order dismisses Plaintiff's complaint, the motion to proceed *in forma pauperis* is moot.

    Accordingly, this action is **HEREBY DISMISSED** for lack of federal jurisdiction.

IT IS SO ORDERED.

**Dated:**    **April 4, 2011**                                             /s/ Oliver W. Wanger
                                                                               UNITED STATES DISTRICT JUDGE